UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Cyrus Chubineh,

                              Plaintiff,

v.                                                                      Civil Action No.: 12-1193

EOS CCA,

                              Defendant.

_____

**DISCLOSURE OF CORPORATE AFFILIATIONS  AND OTHER ENTITIES
WITH A DIRECT FINANCIAL  INTEREST IN LITIGATION**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, EOS CCA, who is Defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
      ☐ YES        ■ NO

2. Does party have any parent corporations?,
      ■ YES        ☐ NO

If YES, identify all parent corporations, including grandparent and great-grandparent corporations:
      EOS Holdings, USA

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?
      ☐ YES        ■ NO

If YES, identify all such owners

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
      ☐ YES        ■ NO

If YES, identify entity and nature of interest

5. Is party a trade association?
      ☐ YES        ■ NO

- 2 -

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

Dated:  Buffalo, New York
        December 3, 2012

                    PHILLIPS LYTLE LLP

                    By      s/ John G. Schmidt, Jr.
                          John G. Schmidt, Jr.
                  Attorneys for EOS CCA
                  One HSBC Center, Suite 3400
                  Buffalo, New York 14203-2887
                  (716) 847-8400
                  jschmidt@phillipslytle.com

Doc # 01-2622214.1