UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CYRUS CHUBINEH,

                 Plaintiff,

    v.                                       Civil Action No.:  12-1193

EOS CCA,

                 Defendant.

_____

## CERTIFICATE OF SERVICE

        I hereby certify that on December 3, 2012, I caused to be electronically filed the foregoing:   **Corporate Disclosure Statement**, with the Clerk of the District Court using its CM/ECF system, to be served by United States Mail, postage fee paid to the following:

CYRUS CHUBINEH C/O
CHRISTOPHER LESTAK, ESQ.
1380 Amherst Street
Buffalo, New York  14216

Dated:  Buffalo, New York
       December 3, 2012

                             PHILLIPS LYTLE LLP

                             By     s/ John G. Schmidt, Jr.
                                  John G. Schmidt, Jr.
                           Attorneys for EOS CCA
                           One HSBC Center, Suite 3400
                           Buffalo, New York 14203-2887
                           (716) 847-8400
                           jschmidt@phillipslytle.com

Doc # 01-2622215.1